UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                        :

MIRIAM PASCAL,                               :

                Plaintiff,              :        08-CV-2040 (DLC)

                                                      :

     v.                                         :        **RULE 7.1 STATEMENT**

ELI LILLY & CO.,                         :

                Defendant.           :
-----------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Eli Lilly and Company, by its undersigned attorneys, certifies that it has no subsidiaries or affiliates which are publicly held.

Dated: New York, New York
       April 2, 2008

                                                          PEPPER HAMILTON LLP

                                                          By: _____
                                                             Samuel J. Abate, Jr. (SA 0915)
                                                         The New York Times Building
                                                          620 Eighth Avenue
                                                          37th Floor
                                                          New York, NY 10018
                                                          (212) 808-2700

                                                          and

                                                          Nina M. Gussack
                                                          Andrew Rogoff
                                                          PEPPER HAMILTON LLP
                                                          3000 Two Logan Square
                                                          18th & Arch Streets
                                                          Philadelphia, PA 19103

(215) 981-4000

Attorneys for Defendant
Eli Lilly and Company