UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MIRIAM PASCAL, :
:
                Plaintiff, :   08-CV-2040 (DLC)
:
      v. :   **AFFIDAVIT OF SERVICE**
:
ELI LILLY & CO., :
:
                Defendant. :
:
-------------------------------------------------------------X

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NEW YORK )

        The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

That, on the 2nd day of April, 2008, she caused to be served the within ANSWER AND JURY TRIAL DEMANDED and RULE 7.1 STATEMENT by first class mail upon:

                Ira Podlofsky, Esq.
                PODLOFSKY HILL ORANGE & MODZELEWSKI, LLP
                98 Cutter Mill Road, Suite 299N
                Great Neck, New York 11021

the address having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                              _____
                                                      Bridget Casey

Sworn to before me this
2nd day of April, 2008

_____
      Notary Public

                MARIE A. RAMOS
       NOTARY PUBLIC, State of New York
               No. 01RA5038297
          Qualified in Bronx County
      Certificate Filed in New York County
     Commission Expires Jan. 23, 20_11_