# Pepper Hamilton LLP
#### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806


APR 1 7 2008
CHAMBERS OF
DENISE COTE

Suzanne M. D'Amico
direct dial: 212-808-2710
direct fax: 866-422-3073
damicos@pepperlaw.com

**MEMO ENDORSED**

April 16, 2008

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```

Re:  Pascal v. Eli Lilly & Co., 1:08-CV-02040

Dear Judge Cote:

As counsel to defendant Eli Lilly and Company, we are requesting the upcoming conference scheduled for April 23, 2008 at 11:00 am be adjourned. This letter represents the first request for an adjournment of the conference.

This case involves allegations of personal injury due to plaintiff's use of the prescription medication Zyprexa. On April 14, 2004, the United States Judicial Panel on Multidistrict Litigation ("JPMDL") ordered that all Zyprexa cases filed in federal court would be consolidated and transferred to the Eastern District of New York to the Honorable Jack Weinstein. On April 9, 2008, this case was noticed as a potential tag-along action and the notice is attached to this correspondence. We anticipate that this case will be transferred to the MDL as a tag-along case in the near future, and as such, an initial scheduling conference at this time would be premature.

Respectfully,

Suzanne M. D'Amico

Granted.
*[signature]*
April 17, 2008

Enclosure

cc: Podlofsky Hill Orange & Modzelweski, LLP