Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 4 2008
S.D. OF N.Y.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 1 2008

FILED
CLERK'S OFFICE

IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION               MDL No. 1596

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-118)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,684 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION                                    MDL No. 1596

## SCHEDULE CTO-118 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

INDIANA NORTHERN
  INN  4  08-14              Derrick Anderson, et al. v. Eli Lilly & Co.   08CU 1942(JBW)(RLM)
  INN  4  08-15              Cathy L. Davis, et al. v. Eli Lilly & Co.     08CU1943(JBW)(RLM)
  INN  4  08-16              Kathy Allen, et al. v. Eli Lilly & Co.        08CU1944(JBW)(RLM)
  INN  4  08-17              Leroy Benge, Jr., et al. v. Eli Lilly & Co.   08CU1945(JBW)(RLM)
  INN  4  08-18              Jason L. Boelsen, et al. v. Eli Lilly & Co.   08CU1946(JBW)(RLM)

MARYLAND
  MD  1  08-704              J. Robert Paltell v. Eli Lilly & Co.          08CU-1947(JBW)(RLM)

MINNESOTA
  MN  0  08-903              King Monroe v. Eli Lilly & Co.                08CU-1949(JBW)(RLM)
  MN  0  08-941              Marcia Durland, et al. v. Eli Lilly & Co.     08CU-1951(JBW)(RLM)

NEW JERSEY
  NJ  2  08-940              Michael Mickendow v. Christopher Seeger, et al.  08CU-1953(JBW)(RLM)

NEW YORK SOUTHERN
  NYS  1  08-2040            Miriam Pascal v. Eli Lilly & Co.              08CU-1955(JBW)(RLM)